IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FREDERICK C. BRONSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:14-CV-167-FL |
| WILLIAM E. PATTERSON, CODE ELECTRIC, INC., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Having come before the Court upon the consent motion of the parties to refer this case to a Magistrate Judge for judicial settlement conference, **IT IS HEREBY ORDERED AND ADJUDGED** that said Motion is GRANTED. *

**ORDERED** this 26th day of September, 2014.

*[signature]*

Judge of the United States District Court
Eastern District of North Carolina

* It is the court's understanding that the parties seek Magistrate Judge
Jones to conduct the court-hosted settlement conference, while not
evidenced on the face of the motion. Said magistrate judge was referred
a motion to dismiss June 17, 2014, for consideration of a Memorandum
and Recommendation, which remains pending. In order to promote the
most effective conference, the court withdraws from the magistrate judge
the motion. In the event the case is not resolved at court-hosted
settlement conference, the clerk shall refer the motion directly to
the undersigned.