IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-167-FL

| | | |
|---|---|---|
| FREDERICK C. BRONSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WILLIAM E. PATTERSON, CODE ELECTRIC, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Defendants move the court to excuse the attendance of their insurance carrier representative from physically attending the court-hosted settlement conference, which is to be held before the undersigned on Friday, October 24, 2014 in Raleigh. [DE-28]. Local rules require the attendance of a representative of an insurance carrier for any party against whom a claim has been made, although this requirement may be excused in the court's discretion. *See* Local Civil Rules 101.2(d)(1)(iii) and (d)(2). In support of the motion, Defendants state that their insurance representative will be attending to business in New York but will be fully available by telephone during the conference and that Defendants and their counsel will have settlement authority for the settlement conference. [DE-28].

Where the parties have jointly moved for a court-hosted settlement conference at the relatively early stages of this case, the court finds it would be beneficial if a representative of Defendants' insurance carrier were to be physically present for the court-hosted settlement conference as required. Accordingly, Defendants' motion to excuse their insurance carrier representative from physically attending the court-hosted settlement conference is DENIED.

So ordered, the 7th day of October 2014.

                                                          Robert B. Jones, Jr.
                                          United States Magistrate Judge